NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JESUS BENITEZ REYES,                    )
DOC #Y05608,                            )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No.  2D17-4653
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed March 1, 2019.

Appeal from the Circuit Court for Collier
County; Frederick R. Hardt, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

Jesus Benitez Reyes, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

            Affirmed.


LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.